

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2019

No. 04-19-00044-CV

**TITLE SOURCE, INC.,**
Appellant

v.

**HOUSECANARY, INC.,** formerly known as Canary Analytics, Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

After considering appellant's opposed motion for leave to file a supplemental appellant's brief and appellee's response in opposition, the court GRANTS appellant's motion and accepts the supplemental brief filed on July 23, 2019. Appellant is advised that it must still comply with Texas Rule of Appellate Procedure 9.4(i)(2)(B) in that the aggregate of all of appellant's briefs in this appeal may not exceed 27,000 words.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court